# EXHIBIT A-7

Filed: 8/14/2020 9:56 AM
Lynne Finley
District Clerk
Collin County, Texas
By Brandi Bullard Deputy
Envelope ID: 45383799

CAUSE NO. 471-03380-2020

| | | |
|---|---|---|
| FRISCO SKY, LLC, FRISO SUN, LLC AND FRISO MOON, LLC, | § § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs*, | § § | |
| v. | § § | COLLIN COUNTY, TEXAS |
| VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON WIRELESS SERVICES, LLC, AND ERVIN CABLE CONSTRUCTION, INC. | § § § § § § | |
| *Defendants*. | § | 471st JUDICIAL DISTRICT |

### DEFENDANTS' ORIGINAL ANSWER TO PLAINTIFF'S FIRST AMENDED PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Verizon Business Network Services, LLC (incorrectly named as Verizon Business Network, Inc.) and Verizon Wireless Services, LLC, Defendants in the above captioned cause ("Defendants"), and for their answer to Plaintiffs' First Amended Petition would show the Court the following:

### I.
### GENERAL DENIAL

1. Pursuant to *TEXAS RULES OF CIVIL PROCEDURE 92*, Defendants generally deny the allegations contained in Plaintiffs' First Amended Petition and demand strict proof by a preponderance of the evidence of all Plaintiffs' allegations.

### II.
### NOTICE PURSUANT TO RULE 193.7

Pursuant to Rule 193.7 of the *Texas Rules of Civil Procedure*, Defendants notify Plaintiffs they intend to use any and all documents produced in response to written discovery by any party and/or non-party at any pre-trial proceeding or at trial.

## III.
## JURY DEMAND

Defendants request a jury in this case.

## IV.
## REQUEST FOR DISCLOSURE

Pursuant to *Texas Rule of Civil Procedure 194*, Defendants request Plaintiffs disclose, within 30 days of the service of this request, the information or material described in *Texas Rules of Civil Procedure* Rule 194.2.

## V.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Defendants pray Plaintiffs take nothing against Defendants and for such other and further relief, both at law and in equity, to which Defendants may show themselves justly entitled.

Respectfully submitted,

*/s/ J. Eric Elder*
J. Eric Elder
State Bar No. 24012583
Eric.Elder@wilsonelser.com
Stephani R. Johnson
State Bar No. 00794034
Stephani.Johnson@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
901 Main Street, Suite 4800
Dallas, TX 75202
Telephone: 214-698-8000
Facsimile: 214-698-1101

**ATTORNEYS FOR DEFENDANTS VERIZON BUSINESS NETWORK SERVICES, LLC AND VERIZON WIRELESS SERVICES, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record in accordance with the *Texas Rules of Civil Procedure* on the 14th day of August, 2020.

                                                  */s/ J. Eric Elder*
                                                  J. Eric Elder

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

cynthia terrell on behalf of Johnathan Eric Elder
Bar No. 24012583
cynthia.terrell@wilsonelser.com
Envelope ID: 45383799
Status as of 08/14/2020 14:40:58 PM -05:00

Associated Case Party: Frisco Sky, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| McCathern Receptionist | | receptionist@mccathernlaw.com | 8/14/2020 9:56:15 AM | SENT |
| Emily Snow | | esnow@mccathernlaw.com | 8/14/2020 9:56:15 AM | SENT |
| Levi McCathern | | lmccathern@mccathernlaw.com | 8/14/2020 9:56:15 AM | SENT |
| Shahin Eghbal | | seghbal@mccathernlaw.com | 8/14/2020 9:56:15 AM | SENT |
| Monica Rivas | | mrivas@mccathernlaw.com | 8/14/2020 9:56:15 AM | SENT |
| Kayla Damron | | kayladamron@mccathernlaw.com | 8/14/2020 9:56:15 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Eric Elder | | eric.elder@wilsonelser.com | 8/14/2020 9:56:15 AM | SENT |
| Stacy Griffith | | stacy.griffith@wilsonelser.com | 8/14/2020 9:56:15 AM | SENT |
| Stephani Johnson | | stephani.johnson@wilsonelser.com | 8/14/2020 9:56:15 AM | SENT |
| Cynthia Terrell | | Cynthia.Terrell@wilsonelser.com | 8/14/2020 9:56:15 AM | SENT |
| Carrie Woolverton | | carrie.woolverton@wilsonelser.com | 8/14/2020 9:56:15 AM | SENT |